=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

### __NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 9:06-CV-0023 (LEK/DRH)

**WILLIAM TORO,**

           **Petitioner,**

  -against-

**JUSTEN TAYLOR; UNITED STATES DEPARTMENT OF JUSTICE,**

           **Respondents.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_**XX**\_\_\_ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the petition is DISMISSED in its ENTIRETY in favor of the Respondent and against the Petitioner in accordance with the ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 25, 2006.

DATE: __January 25, 2006__

**_LAWRENCE K. BAERMAN_**
CLERK OF THE COURT

*Scott A. Snyder* (signature)
**Courtroom Deputy to the Honorable Lawrence E. Kahn**